FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | CR 09-01005 |
| v. | |
| SYLVIA JOHNSON | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __SYLVIA JOHNSON__ (Defendant), declare that

[x] I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

[ ] I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

[ ] My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __7th__ day of __October__, 20__09__
at __LOS ANGELES, CALIF.__
(City and state)

_____
Signature of Defendant

CR-37 (01/07)                     DECLARATION RE PASSPORT