JOHN D. ROBERTSON (State Bar Number: 72400)
LAW OFFICES OF JOHN D. ROBERTSON
1055 Wilshire Blvd. Suite 1702
Los Angeles, CA 90017
Tel: (213) 482 8893
Fax: (213) 482 5002

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>             Plaintiff(s)<br><br>v.<br><br>SYLVIA JOHNSON,<br><br>             Defendant(s) | CASE NUMBER:<br><br>CR 09-1005-VBF-014<br><br>**WAIVER OF DEFENDANT'S PRESENCE**<br>(Rule 43, Federal Rules of Criminal Procedure) |
|---|---|

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during, or after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: January 6, 2010

_Sylvia Johnson_
Signature of Defendant

_Montebello CA  90640_
City, State, Zip Code

_(323) 347-9324_
Telephone Number

☐ Please check here if this is a change of address.

Date: January 6, 2010

John D. Robertson
Attorney for Defendant

WAIVER OF DEFENDANT'S PRESENCE
(Rule 43, Federal Rules of Criminal Procedure)

CR-35 (03/07)